NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PANDUIT CORPORATION,**
*Appellant,*

**v.**

**Teresa Stanek Rea, ACTING DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

**AND**

**ADC TELECOMMUNICATIONS,**
*Cross Appellant.*

———————————

2012-1435, -1436

———————————

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 95/000,412.

———————————

**JUDGMENT**

———————————

JESSE O. COLLIER, Oliff & Berridge, PLC, of Alexandria, Virginia, argued for appellant. With him on the brief

were JAMES A. OLIFF, JOHN W. O'MEARA, and ERIC D. MOREHOUSE.

COKE MORGAN STEWART, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief was ROBERT J. MCMANUS, Associate Solicitor. Of counsel were NATHAN K. KELLEY, Solicitor, and SCOTT WEIDENFELLER, Associate Solicitor.

PHILIP P. CASPERS, Carlson Caspers Vandenburgh Lindquist & Schuman, P.A., of Minneapolis, Minnesota, argued for cross appellant. With him on the brief were TIMOTHY A. LINDQUIST, SAMUEL A. HAMER, and JOSEPH W. WINKELS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 12, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk |